# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

-----

JILL D. MYERS, as Executrix
of the Estate of ELTON C. WINE,

      Plaintiff,

VS                  Civil Action No. 1:14-cv-156
                        (Judge Keeley)

A.S. TAYLOR, Individually; M.S. HORNE,
Individually; J.C. SAURINO, Individually;
J. TOMBLYN, Individually; S.B. HUFFMAN,
Individually; M.E. WAGGAMON, Individually,

      Defendants.

DEPOSITION OF JOHN BOWMAN,

a witness herein, called for examination by the

Defendants, taken by and before Rachel Kocher, a Court

Reporter and Notary Public in and for the State of West

Virginia, at the law offices of Steptoe & Johnson,

400 White Oaks Boulevard, Bridgeport, West Virginia, on

Friday, 19 June 2015, at 9:30 a.m.



**Alldridge Reporting, Inc.**
*Registered Professional Reporter*
NCRA
MEMBER
Guardians of the Record
1279 Suncrest Towne Centre · Morgantown, WV 26505
Phone: (304) 284-0402 · (304) 413-0165 Fax

J. Bowman - by Mr. Mullins

1       A.   No.

2       Q.   Other than your current charges for

3   cultivation of marijuana, have you been convicted

4   of other crimes?

5       A.   Yes, sir.

6       Q.   What else have you been convicted of?

7       A.   Uttering.  Convicted felon with a firearm.

8   Some domestics.

9       Q.   And the domestics, was Patty Fetty the

10  victim of those domestics?

11      A.   Yep.  Yep.

12      Q.   Was there ever anybody other than Patty

13  that was a victim of the domestics?

14      A.   Maybe her daughter had restraining orders

15  and stuff on me.  Sharon.

16      Q.   And is Sharon your kid as well?

17      A.   No.  She's -- I had five kids by her.  She

18  married my brother Robert.  But that's her --

19  that's Patty's daughter.

20      Q.   Okay.  Patty's daughter is named --

21      A.   -- Sharon Bowman now.

22      Q.   Sharon.

23      A.   Yeah.

24      Q.   And she's married to your brother Robert?

J. Bowman - by Mr. Mullins

1    A.   Yeah.

2    Q.   And you have five children?

3    A.   Seven.

4    Q.   Seven children?

5         Five with Patty Fetty?

6    A.   Five with Sharon.  Two with Patty.

7    Q.   Okay.  I'm confused now.

8    A.   Five with the daughter.  Two with the

9  mother.

10    Q.   Okay.  You have two children with Patty's

11  daughter.

12    A.   Five with the daughter.  Two with Patty.

13    Q.   Okay.  Tell me who the kids are that you

14  had with Patty.

15    A.   Billy and Logan.

16    Q.   And are you aware that Billy and Logan

17  have been subpoenaed to come here today?

18    A.   Yes, sir.

19    Q.   One of them called.  I think it was Billy.

20  He said he was going to be late.

21         Do you keep up with them?

22    A.   I see them sometimes.

23    Q.   Okay.

24    A.   But I don't actually do a lot with them.

J. Bowman - by Mr. Mullins

1    Sharon?

2        A.    Yeah.

3        Q.    And her last name is Bowman?

4        A.    Yeah.

5        Q.    And she's married to your brother John?

6        A.    Bob.

7        Q.    Bob.

8        A.    Robert.   Robert.

9        Q.    How long have they been married?

10       A.    Oh, several years.   Ten years, maybe.

11       Q.    And how old are the children that you have

12   with Sharon?

13       A.    They're all adults.

14       Q.    Were you ever married to Sharon?

15       A.    No.

16       Q.    And what are those kids' names?

17       A.    John, David, Patricia, Mark, and Crystal.

18       Q.    And to your knowledge, does Billy still

19   live in Marion County?

20       A.    Yeah.

21       Q.    And Logan as well?

22       A.    Yeah.

23       Q.    What about those other five children?

24       A.    One is incarcerated, and the rest of them

J. Bowman - by Mr. Mullins

1    live in Hundred, I think.

2       Q.   Okay.

3       A.   Now, Mark lives in Rivesville.

4       Q.   And which one of them incarcerated?

5       A.   John.

6       Q.   Where is he incarcerated?

7       A.   Moundsville, maybe.  I'm not real sure.  I

8    just hear people talk.

9       Q.   Did you have the five kids with Sharon

10    before your brother married her?

11       A.   Yeah.

12       Q.   Okay.  Does she have any kids with your

13    brother?

14       A.   No.

15       Q.   When you were convicted of being a felon

16    in possession of a firearm, was that in federal

17    court?

18       A.   Yes, sir.

19       Q.   Judge Keeley?

20       A.   Yes, sir.

21       Q.   And how much time did you serve for that?

22       A.   Twenty-nine months and some change.

23       Q.   And for uttering, did you serve time for

24    uttering?

J. Bowman - by Mr. Mullins

1   A.   Yeah.   Sixty days or six months.   And five

2   years on probation, maybe.

3   Q.   Have you ever served time for the

4   domestics?

5   A.   Yeah.

6   Q.   How much time did you serve for those?

7   A.   In the county jail in Fairmont.   I don't

8   really know.   But it was in the old county jail I

9   stayed.

10   Q.   Okay.   It was before they had the regional

11   jail system?

12   A.   Yeah.

13   Q.   When you served time for these most recent

14   marijuana charges, where did you serve?

15   A.   McDowell County.

16   Q.   Through Booker Stevens?

17   A.   Yes.   Stevens Correctional Center.

18   Q.   Okay.   How do you know Elton Wine?

19   A.   How do I know Elton Wine?

20   Q.   Uh-huh.

21   A.   I met him 25 or 30 years age.   He was

22   hauling cows for my sister out of Big Run in

23   Doddridge County.

24   Q.   Did you -- the two of you ever serve time

J. Bowman - by Mr. Mullins

1    together?

2         A.   Never.

3         Q.   And there was some testimony yesterday,

4    from family members of Mr. Wine, that you would go

5    to his house sometimes and do kind of odd jobs for

6    him.  You might bale hay or fix a fence or --

7         A.   Work on the trailers.

8         Q.   And stay for a while --

9         A.   Yeah.

10        Q.   -- while you were doing that.  Is that

11   fair?

12        A.   Yes, that is fair to say.

13        Q.   Okay.  And you guys were friends; right?

14        A.   Yeah.

15        Q.   And you had remained friends for 25 years

16   or so?

17        A.   Or so.

18        Q.   Did Mr. Wine ever bail you out of jail?

19        A.   Yes, he has.

20        Q.   How many times did he bail you out of

21   jail?

22        A.   Once, I think.  I think he got me out

23   once.

24        Q.   Do you know what charges you were in jail

J. Bowman - by Mr. Mullins

1       A.    Never.  I never knew him to even get a

2   speeding ticket.

3             Had he been in jail, sir?

4       Q.    It's my understanding he had been in jail.

5       A.    Okay.

6       Q.    Yeah.

7             Where were you living at the time that

8   Elton Wine passed away?

9       A.    In the trailer on ███████.  ████████████

10  Road.

11      Q.    And do you live there now?

12      A.    In Marion County.

13      Q.    Do you live there now?

14      A.    Yes, sir.

15      Q.    And when did you first discover that the

16  police had found marijuana in and around your

17  trailer?

18      A.    The same day the helicopter was there.

19  The 12th of September.

20      Q.    Did you see the helicopter circling around

21  over --

22      A.    ████████?  Yeah.

23      Q.    -- ████████?

24      A.    Yeah.  Everybody saw it.

J. Bowman - by Mr. Mullins

1      Q.    Okay.   They make a lot of noise, and

2   pretty visible; right?

3      A.    Everybody saw it.   Yes.

4      Q.    And you knew that you were growing

5   marijuana, so you knew it wasn't going to be long

6   before they figured that out; right?

7      A.    Yeah.   But like I had said, they -- they

8   stuck every plant on me from their eradication

9   program.   They took other people's marijuana, and I

10  pled guilty to it.

11     Q.    And let me make sure I understand what

12  you're telling me.

13           There were other people growing marijuana

14  in and around Mods Run.   And their --

15     A.    In Marion County.

16     Q.    In Marion County.

17           And you think that you got stuck with

18  other people's --

19     A.    The eradication program that day.   I think

20  I was throwed a few more in my pile.

21     Q.    But you don't disagree that you were

22  growing pot.

23     A.    Yeah, I was growing some marijuana.   Yes.

24  I pled guilty to it, sir.

J. Bowman – by Mr. Mullins

1       Q.    Okay.  Were you growing marijuana outside?

2  It wasn't --

3       A.    Yeah.

4       Q.    -- growing inside your house; was it?

5       A.    No.  No.

6       Q.    And were you also growing it inside?

7       A.    No.  No.  I had some in my trailer, trying

8  it.

9       Q.    Do you know how much you had in your

10  trailer?

11      A.    No, sir.

12      Q.    Was it multiple pounds?

13      A.    I don't think.  I don't know if it was

14  multiple pounds.  It could have been a couple

15  pounds.

16      Q.    And do you know whether anybody else was

17  growing marijuana in the immediate vicinity of your

18  trailer, in the ground?

19      A.    I don't know.

20      Q.    Okay.  You knew where your marijuana

21  plants were; right?

22      A.    Yeah.

23      Q.    And did -- were those seized by the

24  police?

J. Bowman - by Mr. Mullins

1      A.   Yeah.

2      Q.   Were there any of your marijuana plants

3  that were not seized by the police?

4      A.   No.

5      Q.   When the helicopter was flying over around

6  your marijuana plants, did you leave your trailer?

7      A.   Yeah.  I wasn't there when they came.  I

8  was at McDonald's in Mannington.

9      Q.   Okay.  How did you know they were there?

10     A.   I never.

11     Q.   I'm sorry?

12     A.   I never knowed they was there.  I drove

13 back up Mods Run, and they all waved at me.  So I

14 waved at them and just drove on by.

15     Q.   And so --

16     A.   The state police waved at me when I drove

17 by my mailbox.  There were two or three state cop

18 cars sitting at the top of the driveway.  And the

19 helicopter was sitting in the field.

20     Q.   Okay.

21     A.   The police waved at me.

22     Q.   All right.  And that was the same day the

23 helicopter had been circling.

24     A.   Yeah.

J. Bowman - by Mr. Mullins

1      Q.   Did you actually see the helicopter

2   circling?

3      A.   Yeah.  I saw it sitting down by my

4   driveway.

5      Q.   So it was parked when you saw it; right?

6      A.   Yeah.

7      Q.   Okay.  And where you live, is it a rural

8   area?

9      A.   Yeah.

10      Q.   And were there police cars out there with

11   the helicopter?

12      A.   Yep.  Yep.

13      Q.   And -- and you were driving home --

14      A.   Yep.

15      Q.   -- to your house.

16      A.   I had my dog with me.

17      Q.   With your dog.

18      A.   Tommy.

19      Q.   And did you go home, or did you keep

20   driving when you saw the police and the helicopter

21   was there?

22      A.   I made a detour.

23      Q.   That's what I would imagine you would do.

24           And so at this point you knew they had

J. Bowman - by Mr. Mullins

1    your marijuana; right?

2        A.   Yeah.

3        Q.   Now, at what point did you become aware

4    that they had searched your house?

5        A.   That night when I went back to get my

6    other dog that was in the house.

7        Q.   And let me make sure I understand what

8    you're telling me.

9            So when you were coming home from

10   McDonald's and you see the troopers and the

11   helicopter there, you just kind of played it cool

12   and drove on by, and nobody questioned you, and --

13       A.   Nope.

14       Q.   -- you weren't taken into custody.

15       A.   No, sir, I was not taken into custody.

16       Q.   It wasn't like you -- it wasn't like you

17   fled.  They just didn't realize who you were.  Is

18   that what you're telling me?

19       A.   Yeah.  They waved at me.

20       Q.   Okay.

21       A.   So I waved back and just kept on driving.

22       Q.   Yeah.

23           And then that -- later that day you became

24   aware that the search warrant had been executed on

J. Bowman - by Mr. Mullins

1    your house; right?

2        A.    Yeah.

3        Q.    And when you came home and realized the

4    search warrant had been served on your house, you

5    realized that they had seized the marijuana that

6    you had inside the house; right?

7        A.    Yeah.

8        Q.    Was anything else seized inside the house,

9    that you're aware of?

10       A.    Yeah.   Some -- they did a thing on it.   I

11   don't know what all they said on a slip I had.

12       Q.    Did they leave a receipt at the house for

13   what had been taken?

14       A.    Yeah.   Yeah.

15       Q.    Do you have that with you?

16       A.    No.   No, sir.   I don't -- do not have it.

17       Q.    Do you have it, though?

18       A.    No.

19       Q.    You had it at one time, though.

20       A.    Yeah.

21       Q.    Do you recall whether anything was taken,

22   besides marijuana, out of your house?

23       A.    They said there was a box of shells.

24       Q.    Like, gun shells?

J. Bowman - by Mr. Mullins

1        A.    Yeah.

2              A camera chip; a chip for a camera.   Maybe

3    some paraphernalia.

4        Q.    Like, stuff --

5        A.    A bowl.

6        Q.    -- to smoke pot with?

7        A.    A bowl.

8              My watermelons was all cut in two with a

9    machete.

10       Q.    To see if you were hiding something in

11   there?

12       A.    That's what the guy told me in McDowell

13   County, at Stevens Correctional Center.   I told

14   him -- I said, "They all cut my watermelons right

15   in half."

16             He said, "They do that looking for

17   something hiding in them."

18             I said, "They were still growing on the

19   vine."

20       Q.    Who's the guy in McDowell County you

21   talked to?   Just another inmate?

22       A.    No, no.   One of the officers.

23       Q.    One of the correctional officers.

24       A.    Yeah, yeah, yeah.

J. Bowman - by Mr. Mullins

1          He said maybe there was stuff hiding in my

2    watermelons.

3          That's pretty much what happened, what I

4    know was done.  I didn't even know that.  My kid

5    told me that when I was incarcerated.

6          Q.   Do you disagree that a box of shells was

7    taken from your house?

8          A.   Do I disagree?

9          Q.   Yeah.

10         A.   No.  No.

11         Q.   Do you know what kind of shells they were?

12         A.   No.  My -- that -- my boy, Mark, he had

13   been squirrel hunting.  They were shotgun shells.

14   He had been up on the hill hunting a few days

15   before that, I think.

16         Q.   Would you be surprised if there were

17   multiple, different types of ammunition found in

18   the house?

19         A.   Well, there's somebody wrong there on

20   their statements.  What it was is -- there was no

21   multiple ammunition found in my home.  I had a

22   little yard tractor sitting in the yard.  I collect

23   aluminum, brass, copper, steel.  I had been to the

24   shooting range not even a mile away and picked up

J. Bowman - by Mr. Mullins

1    cups of .303, .30-06, every kind of casing you can

2    find.  I was getting $1.30 a pound out of it, the

3    brass.  So I sat this on my little tractor.  And

4    when they find this brass, they just automatically

5    assume that I got all these guns.  And I don't pick

6    them up no more.

7        Q.    What firing range would you pick those up

8    from?

9        A.    The Rachel Dam.  It's right by my home.

10   I'd go over there and let my dogs run around.  I

11   would pick up casings for brass.

12       Q.    Is that a -- I'm not familiar with Rachel

13   Dam.  Is that, like, a state --

14       A.    It's a sportsman club.

15       Q.    Okay.

16       A.    It's like --

17       Q.    Private club?

18       A.    It's private, yes.

19       Q.    And what you would do is you'd pick up

20   shells and scrap them, basically?

21       A.    Yeah.

22       Q.    Were there mercury switches found in your

23   house?

24       A.    I don't even know what they're talking

J. Bowman - by Mr. Mullins

1    about.   I wouldn't -- I don't -- sir, I wouldn't

2    even know what a mercury switch is.

3        Q.   So you don't know if they were found or

4    not, then.   Is that what you're telling me?

5        A.   Yeah.   I wouldn't even -- I wouldn't even

6    know what one was, honestly.   I'd say it's got

7    mercury in it.   A thermometer.

8        Q.   The house that you lived in, is it a --

9    was it a trailer?

10       A.   Trailer.

11       Q.   What kind of heating system did it have?

12       A.   What kind of heating system did it have?

13       Q.   Uh-huh.

14       A.   Gas.

15       Q.   Gas?

16       A.   Yeah.

17       Q.   And what kind of water tank?   Gas?

18       A.   Electric.

19       Q.   Electric?

20       A.   Yeah.

21       Q.   You heat your water with electric?

22       A.   Yeah.

23       Q.   Okay.

24       A.   Yeah.   Yeah.

J. Bowman - by Mr. Mullins

1    Q.   Had you ever booby-trapped your marijuana

2    plants?

3    A.   No, sir.

4    Q.   Did you ever have any words with your

5    neighbors about the marijuana being discovered

6    where you accused them of telling the police that

7    you were growing marijuana?

8    A.   No.  I never talked to them.  I never

9    talked to them after the -- you all showed up.

10        The day or so before that, I told them

11   they needed to quit cutting the wood on that side

12   of the fence when you own this side of the fence.

13   It says it in that report.

14   Q.   Who -- what neighbor would that be?

15   A.   I didn't even know his name.  I don't even

16   know.

17   Q.   Does he still live there?

18   A.   No, I don't think so.

19        Things has kind of messed up in the last

20   couple years.  I guess Gail Cloud is pretty bad

21   sick, and they got rid of their -- all their

22   animals.

23   Q.   Who's Gail Cloud?

24   A.   That's Norman's wife.

J. Bowman - by Mr. Mullins

1      A.   Nope.  Nope.  I never had no mean words to

2  the man.  He come over -- he come over five or six

3  times, brought his wife over, Gail.  And I -- they

4  said, "We're sorry what happened to Elton.  Because

5  he had a heart attack."

6           I said, "Well" -- I said, "You talked to

7  the state police, Norman.  And you're the same age

8  as Elton.  Why didn't you have a heart attack?"

9  That's what I asked him.  And I finally told him

10 not to ever come back to my home.  His grass is

11 grown up.  There's -- from the winter, the pine

12 tree limbs all broke down.  I used to take care of

13 that for that old feller.

14      Q.   And you've read the police report; right?

15      A.   Yes, sir.

16      Q.   One of the things that Norman told the

17 police is that you're -- you were involved with

18 your brother in bombing Sheriff Rod Watkins?

19      A.   Yes, sir.

20      Q.   Is that true?

21      A.   No, sir.

22      Q.   Did your brother do that?

23      A.   Yes, sir.

24      Q.   Which brother?

J. Bowman - by Mr. Mullins

1        A.    William.

2        Q.    Is he still in jail for that?

3        A.    No.   He just got out and shot my son in

4   the back when I was in jail.   And Marion County

5   lost all the evidence in Philippi.

6        Q.    When -- when was it that your brother

7   bombed Ron Watkins?   Was that in the '80s?

8        A.    Back in the '80s.

9        Q.    And it blew up his hand; is that right?

10       A.    Yeah.

11       Q.    Lost some fingers?

12       A.    Well, what I did is I testified against my

13   brother in federal court, knowing some day he might

14   come back.   I had nothing to do with hurting no

15   police officer.   I might have growed a little

16   marijuana and stuff like that, but -- and it's been

17   proven that I never by the federal government.   And

18   so and behold, 30 years later, Norman Cloud is

19   saying I had done the bombing.   No.

20       Q.    Were you ever arrested in relation to that

21   bombing?

22       A.    Never.

23       Q.    Were you ever questioned in relation to

24   that bombing?

J. Bowman - by Mr. Mullins

1  A. Yeah.

2   And then he was saying he was going to let

3 my kid sit in the road and play with toys.  That's

4 what -- he was supposedly telling my sister

5 Joyce Wells this.

6  Q. I don't under- -- I don't follow that.

7  A. When my kids were little.  When

8 Ron Watkins got hurt, I just first had Johnny.

9 Sharon just had Johnny.

10  Q. Uh-huh.

11  A. And he was saying he was going to take my

12 kids and let them play in the road, stuff like

13 that.

14  Q. What do you mean?

15  A. He was going to kill my kids.

16  Q. He was threatening you.

17  A. Sure.  Sure.

18  Q. And that was after you testified against

19 him?

20  A. Yeah.

21  Q. You -- and your brother shot one of your

22 sons?

23  A. Yeah.  Mark.

24  Q. When did that happen?

J. Bowman - by Mr. Mullins

1        A.    Last -- he -- William, my brother, is

2   sitting in jail for 14 months.  Last year.  He just

3   got out and was on paper, and he hurt my son.

4        Q.    So he was in jail.  What was he in jail

5   for?  Do you know?

6        A.    My brother?

7        Q.    Yeah.

8        A.    He was in jail for that bombing.

9        Q.    He was still in jail for that bombing

10  until recently?

11       A.    Yeah.  Then he just got out, like, a year

12  ago, two years ago.

13       Q.    And so he was in jail for --

14       A.    He did 14 months back in jail, in the

15  regional over in Philippi.

16       Q.    How long did he do for the bombing?

17       A.    Twenty-three years or something.

18  Twenty-five.

19       Q.    So he served about 25 years for the

20  bombing, then he gets out.  And then he shot your

21  son, and he went back to jail for 14 months.  But

22  now he's out?

23             I need you to say yes.  I think you're

24  saying yes.

J. Bowman - by Mr. Mullins

1       A.   Yes, sir.

2       Q.   Because she can't type your head moving.

3       A.   Okay.  Yes, sir.

4       Q.   Why did he shoot your son?

5       A.   They had some kind of argument over his

6   grandson -- over Bill's grandson that he's never

7   saw.

8       Q.   Is your son okay?

9       A.   Yeah.  Yeah.  He shot him in the back,

10  supposedly, with a -- had a sawed-off shotgun.  And

11  he run to Norman's.  My boy run to Norman's.  And

12  he shot him in one of them fields.  I was

13  incarcerated at the time.

14      Q.   And you were incarcerated for the

15  marijuana charges that --

16      A.   Yeah.  Down in Stevens Correctional

17  Center, sir.

18      Q.   When you were in jail in Stevens

19  Correctional Center, did one of your sons live in

20  your house?

21      A.   Yeah.  Mark.

22      Q.   Mark.  Okay.

23      A.   He's the one that got shot there.  That's

24  where he shot him at, right up by the driveway

J. Bowman - by Mr. Mullins

1   there somewhere.

2        Q.    Your brother is a pretty dangerous guy?

3        A.    Hmm?

4        Q.    Your brother is a pretty dangerous guy?

5        A.    Why do you think I tried to put him away

6   when he did Ron Watkins?

7        Q.    Okay.

8        A.    Because he was very -- he is very

9   dangerous.

10            If you all see a bunch of casings -- you

11  won't see them around my house no more.  But I was

12  picking up brass to sell.  Because I'm not allowed

13  to have guns.

14       Q.    You've already been to prison once for

15  having a gun as a felon; right?

16       A.    Yes, sir.

17       Q.    Now, as far as you know, Elton wasn't ever

18  convicted of a felony; was he?

19       A.    No.  Not as I ever knew.

20       Q.    Did you ever know Elton to have guns?

21       A.    Uh-uh.

22       Q.    Never saw any guns when you were at his

23  house?

24       A.    Nope.

J. Bowman - by Mr. Mullins

1    Because I had worked for him too, Norman.

2        Q.    And when the -- the -- you get home and

3    you see the helicopter parked and the police cars

4    there, where did you go?

5        A.    Up Mods Run and over the hill and back

6    down and parked up on my ridge.  I figured they

7    wouldn't take my truck.  I parked my truck up on

8    the -- up around behind my house up on the ridge.

9        Q.    What do you mean you figured they wouldn't

10   take your truck?

11       A.    I figured they wouldn't take it if I left

12   it up there in the woods.  I figured they wouldn't

13   tow it in.

14       Q.    Okay.  So you parked your truck up on the

15   hill, and then you -- did you wait for the police

16   to leave?

17       A.    I left.  I walked away.

18       Q.    Where did you --

19       A.    I took my dog and just went in the woods.

20   I never come out of the woods.

21       Q.    So you walked away and hid in the woods?

22       A.    Yeah.

23       Q.    Up on the ridge above Mods Road?

24       A.    Yeah.

J. Bowman - by Mr. Mullins

1          And if I do smoke a filtered cigarette, I

2    tear the filter off.  Because when I ain't got

3    none, if you offer me one, I will tear the filter

4    off and smoke it.

5       Q.   All right.  Do you know anything about

6    John Bowman's health?

7       A.   My health?

8       Q.   I'm sorry.  I'm sure you know everything

9    about your health.

10        Do you know anything about Elton Wine's

11   health before he passed away?

12      A.   Yeah.  He was on oxygen.  He used oxygen

13   sometimes.  That's pretty much what I knew.

14      Q.   When he used oxygen, did he have, like,

15   one of those tanks?

16      A.   It was by his couch.

17      Q.   Okay.  Did he smoke?

18      A.   Did he?

19      Q.   Yeah.

20      A.   I think he quit.  I think he quit.

21      Q.   Okay.  Because he had some kind of

22   breathing problem?

23      A.   Yeah.  But there's other people that smoke

24   there.  His -- his whatever you want to call them.

J. Bowman - by Mr. Mullins

1        And I mow people's yards too.

2        Q.    When was the last time you would have had

3    a job that would have been a -- a --

4        A.    Payable job?

5        Q.    -- payable job?

6        A.    The sawmill over on Pike Fork.   It's been

7    several years ago.   And I left the sawmill in

8    Belington -- I worked in one in Belington -- and I

9    went over on Pike Fork and worked in that one.   And

10   I rented a trailer off of Elton.

11       Q.    When you rented a trailer off of Elton,

12   did you live there on Ralphs Run?

13       A.    No.   I lived up along the main highway

14   there at 23 where the trailer is on that turn.

15       Q.    But those are the same trailers, like --

16       A.    Yeah.

17       Q.    -- where you turned yourself in.

18       A.    Yeah.

19       Q.    In the general --

20       A.    I didn't rent that trailer that I turned

21   myself in at.   It was one on up --

22       Q.    Okay.   He has --

23       A.    -- by that garage.

24       Q.    He has several trailers that are kind of

J. Bowman - by Mr. Mullins

1    you say you know what happened to him.  But you

2    assume that he was laying on the couch and his door

3    wasn't locked based on your prior experiences with

4    him; right?

5        A.   Yeah.  Yeah.

6        Q.   You don't have any -- anything other

7    than -- than your knowledge of being with Elton in

8    the past that you base that on; is that fair?

9        A.   That's fair.

10       Q.   Okay.

11            MR. MULLINS:  Give me a couple

12   minutes.  Okay?

13            THE DEPONENT:  Sure.

14            (Break.)

15            MR. MULLINS:  I don't have any other

16   questions for you.

17            MR. BRYAN:  Okay.  I might have a

18   couple questions.

19            E X A M I N A T I O N

20   BY MR. BRYAN:

21       Q.   Prior to September 13th, 2012, to your

22   knowledge, did Elton Wine ever interact in any way

23   with your sons Billy or Logan?

24       A.   Did he interact with them?

J. Bowman - by Mr. Bryan

1       Q.    Did he have a relationship with them at

2    all?

3       A.    Well, he'd call them once in a while.

4    Sure.

5       Q.    Okay.  So he knew them?

6       A.    Yeah.  They coon hunted with us.  We'd

7    take the dogs out coon hunting.  They'd even coon

8    hunted when I'd lived over there with him.

9       Q.    When you were coon hunting, who shot the

10   coon?  Or did anyone?

11      A.    Nobody shot the coon.  Nobody even took a

12   gun.

13      Q.    So what --

14      A.    We were just running the dogs.

15      Q.    So the dog trees the coon, and then you

16   just let it go?

17      A.    You go there and look, pat the dog on the

18   head, and take him to another tree or take him

19   home.

20      Q.    How long did Elton first have any sort of

21   relationship with Billy or Logan?  How long had he

22   known them?

23      A.    How long had he actually known them?

24   Probably their whole lives that I had told him that

J. Bowman - by Mr. Bryan

1    they were my boys.

2                    (Discussion off the record.)

3    BY MR. BRYAN:

4        Q.    Yeah.   How old was -- how old were Billy

5    and Logan in September 2012?

6        A.    I think it says on this paper Logan was

7    16.

8        Q.    What about Billy?

9        A.    He would have been 17 or going toward 18.

10       Q.    So would it -- would it have been an

11   uncommon thing for Elton to have made a phone call

12   to speak with Billy or Logan?

13       A.    No, it wouldn't have been.

14       Q.    And where did -- if Elton were to call to

15   speak with Billy or Logan, what residence or what

16   phone number, if you know, would he call?

17       A.    Patty Fetty's.   That's their mom.

18       Q.    So Elton had coon hunted with Billy and

19   Logan --

20       A.    Yeah.   They had been to his farm lots of

21   times.   I told you earlier that I rented a trailer.

22   They would come over and stay with me on the

23   weekends and stuff.

24       Q.    Did Billy or Logan ever help Elton on the

J. Bowman - by Mr. Bryan

1    farm or do any work for him?

2        A.   I really -- I really don't know.  They'll

3    be here.  You can ask them.

4            I know they worked for the lady up the

5    holler.  Her name is Faith Fry.  Billy and Logan

6    both went up and worked for her one day.

7        Q.   So when you left and started walking

8    towards Elton's residence, you had two dogs with

9    you?

10       A.   Max and Tommy.

11       Q.   Did you leave any dogs behind at your

12   residence?

13       A.   Ginger.

14       Q.   Ginger.

15           And that was the --

16       A.   The Coon dog.

17       Q.   Okay.  And was somebody already taking

18   care of Ginger?

19       A.   No.

20       Q.   So Elton didn't know that you were

21   bringing him your dogs.

22       A.   No.

23       Q.   Had Elton taken care of your dogs before?

24       A.   Yes.

J. Bowman - by Mr. Bryan

1      Q.    Okay.  And were you taking your dogs to

2   him because he had taken care of them before?

3      A.    Yes.  Yes, sir.

4      Q.    Okay.  Was Elton capable at that time, to

5   your knowledge, of taking care of your dogs?

6      A.    Yeah.  Like I said, those women would come

7   over too: Judy and -- he had visitors.

8      Q.    Where -- how far away did Patty Fetty live

9   in relation to Elton's residence?

10      A.    In Mannington, Marion County.  And he

11   lived in Ralphs Run in Doddridge County.

12      Q.    So about how far would it take to drive in

13   between those two residences in your experience?

14      A.    Forty miles, maybe.

15      Q.    So would that be about a 45-minute drive

16   or an hour drive?

17      A.    Probably.  Yes, sir.

18      Q.    Okay.  You said that you were picked up

19   around Whetstone Road --

20      A.    Yeah.

21      Q.    -- by a good Samaritan.

22      A.    I didn't know who they was.  I didn't ask

23   him.

24      Q.    So I'm just trying to figure out exactly

J. Bowman - by Mr. Bryan

1    one that called you."

2         They said, "Well, we're not even going to

3    put no cameras up now because you know it all."

4         And I said, "My sister Joyce Wells was

5    telling me she's supposed to put nails in boards

6    around her marijuana plants to keep all the other

7    marijuana smokers away from it."  That's the only

8    way that I ever said anything.  I told the game

9    warden and the state policeman.  I told them the

10   truth.  And there was only six or seven little

11   plants.

12        But me, personally, I've never put down a

13   nail for no person to step on.  Because I don't

14   want to step on none.

15        Sir, there's a lot of stuff in that report

16   that's not right.

17   Q.   What kind of -- did you have any

18   thermostats for your heating or cooling system in

19   your house on September 12th, 2012?

20   A.   One on the wall you -- a thermostat on the

21   wall.  It's a mobile home I live in.

22   Q.   Was it a round thermostat?

23   A.   Yeah.  That you turn on the wall.

24   Q.   So is it kind of the greenish-colored,

J. Bowman - by Mr. Bryan

1    round thermostat.

2        A.   No.

3        Q.   Did it have a dial on it?

4        A.   I think it's still on my wall.  I think

5    it's still on my wall.

6        Q.   Did you have any other thermostats laying

7    around?

8        A.   No.  Not as I know of.

9        Q.   Did you -- I mean, did you collect junk or

10   anything?  Did you have things laying around?

11       A.   I sold $20,000 worth of junk in a year --

12       Q.   So when --

13       A.   -- hauling it to Fairmont to Three Rivers.

14       Q.   When --

15       A.   Not Three Rivers.  Mountain State Metal.

16   It's in their computer how much stuff I've hauled

17   them.

18       Q.   Okay.  So when they stated in the report

19   that they had found mercury switches at your

20   residence, it's your testimony that you --

21       A.   I had nothing like that.  If I did, it was

22   just garbage, junk.

23       Q.   So you don't even know what mercury

24   switches are used for?

J. Bowman - by Mr. Bryan

1      A.    No, sir.

2      Q.    And you've never been accused of or

3   charged with constructing any sort of bomb or --

4      A.    Explosive devices?  No, sir.

5      Q.    Have you ever been accused or charged or

6   arrested for ever assaulting or attacking a police

7   officer?

8      A.    I might have got it for assaulting a

9   police officer before.

10     Q.    When was that?

11     A.    When I was probably drunk.

12     Q.    How long ago was that?

13     A.    It's been several years ago.  I think up

14  in Mannington.

15     Q.    Was that prior to September 12th, 2012?

16     A.    Yeah.  Like, years ago.  Like, several

17  years ago.

18     Q.    Can you give me an approximate year?

19     A.    No.

20     Q.    Around 2005?  Before or after?

21     A.    Probably before that.

22     Q.    So you believe it was prior to 2005?

23     A.    Yeah.

24     Q.    Were you arrested?

J. Bowman - by Mr. Bryan

1    A.    Yeah.   By Marion County sheriff's

2  deputies.

3    Q.    Do you recall what you were charged with?

4    A.    Assaulting an officer, maybe.

5    Q.    Okay.   And what happened, if you recall?

6    A.    If it's -- if it's -- he pepper gassed me

7  in the back of the police car.   And I kicked his

8  side window out so I could breathe.   And another

9  officer come, Donnie Wheeler.   He was a Mannington

10  police at the time.   And he said, "What's wrong?"

11         I said, "Well, that policeman took me out

12  of Jack Christener's bar, put me in a cop car, then

13  30 people watched him.   Then he opened the door and

14  sprayed me in the face with pepper gas, handcuffed

15  behind my back in the cop car."

16    Q.    Were you convicted of anything arising out

17  of that incident?

18    A.    Assaulting a police officer.

19    Q.    So you were convicted of assaulting a

20  police officer?

21    A.    He hadn't -- it was a -- he really had no

22  reason.   I wasn't doing nothing except sitting in

23  the bar drinking a few whiskeys.

24    Q.    Where did that occur?

J. Bowman - by Mr. Bryan

1   was still at your residence?

2       A.   Because he was a -- he's like a cousin of

3   mine.  I didn't even know where Ginger was going to

4   go.  Ginger ain't really my dog.  Ginger is Willy's

5   dog, my nephew.  He's the one that bought the dog

6   and stuff.  It just comes to my house, and I take

7   better care of it.

8       Q.   So the two dogs that you were bringing to

9   Elton --

10      A.   He fed it and stuff for a few days is what

11  I heard.  I didn't even talk to him.  I sat in jail

12  a long -- 11 months up there at that regional jail.

13      Q.   The two dogs that you were bringing to

14  Elton, were they inside dogs?

15      A.   One was, Max.  I got him from Elton.

16  That's why I tried to get him back over there.

17  That little black dog, I got him from Elton a

18  couple years before that.  And he said if I ever

19  had to get rid of him, to bring him back.  He's a

20  Miniature Pinscherman [sic].

21      Q.   So you couldn't leave those dogs at your

22  residence because the door was kicked in.

23      A.   There wasn't nothing there.  I wasn't

24  going to be there.  And -- and Willy, he starts

J. Bowman - by Mr. Bryan

1    grandma's is where I went when I turned myself in.

2    Sharon, that's her little granddaughter.

3    BY MR. BRYAN:

4        Q.    So Elton was close with some of the

5    renters on his property.  Is that fair to say?

6        A.    All of them.

7        Q.    So he's -- even in that picture, you can

8    see that he's holding the hand of --

9        A.    The little granddaughter.

10       Q.    -- of Sharon's granddaughter.

11       A.    Yes.

12       Q.    On September 12th, 2012, did anyone else

13   live with you except for your dogs?

14       A.    No.

15       Q.    Were you pretty close with your dogs?

16       A.    Yeah.  They're like my kids.

17           MR. BRYAN:  I don't think I have any

18   other questions right now.

19           MR. MULLINS:  I've got a few more

20   questions.

21           E X A M I N A T I O N

22   BY MR. MULLINS:

23       Q.    You spent a lot of time in jail for being

24   a felon in possession of a gun; correct?

J. Bowman - by Mr. Mullins

1    A.   Hell no.

2    Q.   You talked about -- when Mr. Bryan was

3  asking you some questions, about a charge for

4  kidnapping.  Who made -- who charged you with

5  kidnapping?

6    A.   Laurie Burtavich [phonetic].  She didn't

7  charge me with it.  Pat Wilson did in Marion

8  County, the prosecuting attorney.

9    Q.   And who's Laurie Murtavich [sic]?

10   A.   Some guy -- Pete Burtavich's wife.

11   Q.   She's the one that alleged she had been

12  kidnapped?

13   A.   Yeah.  Yep.  It was a big story.

14   Q.   And what police --

15   A.   The man is out of town, and I'm messing

16  with his wife.  And I'm taking their kids to the

17  school; I'm picking their kids up at the school.

18  Then all of a sudden, one day the husband is coming

19  back from out of town, and she tells me to go into

20  Fairmont and pick up Justin.  That's a son of hers.

21  And she called the police and said I stole her car

22  to start with it.  I had no driver's license.  And

23  I drove her little Chevy Cavalier every day.  But

24  she called and said that I had stoled her car; I

J. Bowman - by Mr. Mullins

1    hit her with the telephone.  And they dropped all

2    charges against me.  It was not true.

3        Q.   Okay.  So she -- she said you stole her

4    car.  She said that you beat her up.

5        A.   Yeah.

6        Q.   And then she said you had kidnapped her.

7        A.   Yeah.  She said I kept her for five days.

8    And I guess when -- they arrested me for it and

9    kept me in jail for 71 days.  I guess when they did

10   all their investigation and talked to the kids or

11   whatever, I'd been -- I'd been doing everything for

12   that lady.

13       Q.   And spell her last name for me; will you?

14       A.   I wouldn't know how to spell it.

15       Q.   Say it one more time.

16       A.   Burta- -- Burtavich or Burtabich.

17       Q.   Burtavich?

18       A.   Burtavich.

19       Q.   Burtavich?  Is that what you said?

20       A.   Yeah.

21       Q.   Do you know if she still lives in the

22   area?

23       A.   Yeah.  She lives at Wadestown over in

24   Mon County.

J. Bowman - by Mr. Mullins

1    for battery on a police officer -- you told us

2    about that -- at a bar; right?

3            That's a yes?

4       A.   Yeah.  Yes, sir.

5       Q.   And it's possible you've been arrested and

6    convicted of other batteries on a police officer;

7    isn't it?

8       A.   It's possible.

9       Q.   Sometimes when you're -- when you were

10   going to be arrested, you didn't go peacefully; did

11   you?

12      A.   No.  I always went pretty peacefully

13   unless they put me in the back of a cop car and

14   pepper gassed me in there when I'm handcuffed

15   behind my back.

16      Q.   The police officers that you say --

17      A.   You want to know which one done it?

18      Q.   Yeah.

19      A.   It was Eric Parker.

20      Q.   And he's a deputy?

21      A.   Marshall Parker's son.

22      Q.   Deputy?

23      A.   Yeah.

24      Q.   Okay.  But you were convicted of a crime

J. Bowman - by Mr. Bryan

1    think that if he heard that you had gotten in

2    trouble again or that you were headed to jail, that

3    he would have tried to figure out some way to take

4    care of your dogs at your residence?

5        A.   I know he would have.

6        Q.   So would that have been something that

7    you -- that would be consistent with your knowledge

8    of Elton to -- if he had heard that you were --

9        A.   He would have been worried about my dogs.

10        Q.   Let me finish my question.

11        Do you think that would have been

12    consistent with him to have contacted -- if he did,

13    contacted Billy and Logan and tried to get them to

14    go get your dogs or take care of your dogs?

15        A.   Yeah.  Because he -- I never talked to

16    him.  He would not even know where my dogs were at.

17        He knows for a fact -- these dogs right

18    here, he went from Doddridge County, went down on,

19    I think, 310 out of Fairmont, toward Grafton, in

20    2010.  They paid a $140, got these dogs and took

21    them to Doddridge County.  Because Joyce Wells,

22    that sister of mine, she's the one that put the

23    dogs in the dog cop, jail.

24        Q.   So you said that you cared about your dogs

J. Bowman - by Mr. Bryan

1    like they were your children kind of; right?

2         A.    They are my children.

3         Q.    Was Elton kind of the same way?  Were dogs

4    important to him?

5         A.    Everything was.  He took the best of care

6    of his horses, of his cows, of his mules.  He took

7    the best care of his animals.

8         Q.    So it's your belief that Elton also cared

9    about your two dogs.

10        A.    Oh, yeah.

11             MR. BRYAN:  I don't think I have any

12   other questions.  Thank you.

13             MR. MULLINS:  Sir, if you want, you

14   can get a copy of this transcript to review.

15             THE DEPONENT:  Okay.

16             MR. MULLINS:  Would you like to get a

17   copy of that?

18             All you can do is check to make

19   sure she typed it right.

20             THE DEPONENT:  That's okay.

21             (The deposition was concluded at

22             11:16 a.m.)

23             (Signature was waived.)

24

C E R T I F I C A T E

-----

STATE OF WEST VIRGINIA

     I, Rachel Kocher, a Court Reporter and Notary
Public in and for the State of West Virginia, do hereby
certify that the witness, John Bowman, was first duly
sworn to testify the truth, the whole truth, and
nothing but the truth; that the foregoing deposition
was taken at the time and place stated herein; and that
the said deposition was recorded stenographically by me
and was reduced to typewriting under my direction and
constitutes a true record of the testimony given by
said witness, all to the best of my skill and ability.

     I further certify that the inspection,
reading, and signing of said deposition were waived by
counsel for the respective parties and by the witness.

     I further certify that I am not a relative or
employee of either counsel and that I am in no way
interested, directly or indirectly, in this action.

     IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my seal of office this 1st day of July
2015.


_Rachel Kocher_
Rachel Kocher
Court Reporter



OFFICIAL SEAL
Rachel Kocher
Notary Public
State of West Virginia
My Commission Expires
September 18, 2018
351 Edgewood Terrace
New Martinsville, WV 26155